IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JULIO CESAR RODRIGUEZ,

      Plaintiff,

v.                                                                                    CASE NO. 4:05-cv-00266-MP-AK

MD PATRICK H BROWN,
CARCAMO,
JAMES V CROSBY,

      Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendations of the

Magistrate Judge, recommending that this case be transferred to the United States District Court

for the Middle District of Florida.  The plaintiff objected at doc. 7.  The plaintiff sues under

section 1983, alleging deliberate indifference to his medical needs by medical staff at Columbia

Correctional Institute, which is located in the Middle District of Florida.   Because the case

involves the conduct of CCI medical staff, the Magistrate Judge recommends transferring this

case to the district containing that facility.  Plaintiff points out in his objections, however, that he

also sues Tallahassee-based officials over their policy of allowing prison-level officials dictate

certain medical practices.  Plaintiff concludes that the involvement of these Tallahassee-based

officials justifies keeping this case in the Northern District of Florida.  The Court concludes,

however, that the bulk of discovery activities and of witnesses will be in the Middle District of

Florida.  Accordingly, the Court agrees with the Magistrate Judge that this case should be

transferred, and it is hereby

**ORDERED AND ADJUDGED:**

1.   The Report and Recommendation of the Magistrate Judge is adopted and
     incorporated herein.

2.   The Clerk is directed to transfer this case to the Middle District of Florida.


**DONE AND ORDERED** this  *11th*   day of October, 2005


               *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge